AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Manuel Ramon Vargas

APPEARANCE

CASE NUMBER: 1:06-M-106M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Manuel Ramon-Vargas

I certify that I am admitted to practice in this court.

10/16/06
*Date*

[signature]
*Signature*

MARK LAROCHE 4680
*Print Name* *Bar Number*

10 Dorrance #515
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

751-1919 861-0246
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.