AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
United States District Court for the District of Rhode Island
Providence, Rhode Island

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ZECHARIAH CHAFEE

**DEFENDANT - U.S. vs.**
MANUEL RAMON VARGAS, a/k/a Elvis Santiago

Address

Birth Date

ale ☑ Alien
ımale (if applicable)

Social Securi

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:06-M-106-M

Place of offense: RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

ILLEGAL RE-ENTRY, Title 18, United States Code, Sections 1326(a) & (b)(2)

Penalties:
20 years imprisonment;
$250,000 fine;
3 years supervised release; and
$100 special assessment.

Estimated Trial Days: 3

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)