**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR.NO: 06- 111 S |
| | : | |
| Manuel Ramon Vargas | : | |

**NOTICE OF INTENTION TO CHANGE PLEA**

Now comes the defendant,Manuel Ramon Vargas , in the above-entitled matter pursuant to Federal Rule of Criminal Procedure #11 and U.S.S.G sec. 3E1.1(a) & (b) [relating to his timely acceptance of responsibilty] to respectfully move that this Honorable Court schedule this matter for a change of plea hearing. Defendant's Court Appoint Attorney Laroche states that Defendant has been advised of the substantive and procedural rights under the 5th and 6th Amendments to the U.S. Constitution which will be waived upon acceptance of his guilty plea.

Manuel Ramon Vargas
By his attorney,

MARK B. LAROCHE, Esq. #4681
10 Dorrance Street #515
Providence, RI 02903
(401) 751-1919

CERTIFICATION

I, the undersigned, do hereby certify that on November 27, 2006, I mailed a copy of the within Motion to Zachary Chafee Asst. U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.