**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR.NO: 06- 111 S |
| | : | |
| Manuel Ramon Vargas | : | |

## MOTION TO CONTINUE

Now comes the defendant,Manuel Ramon Vargas , in the above-entitled matter to respectfully move that this Honorable Court continue the time to file Pretrial Motions for 60 days and continue the Trial to the March 2006, trial calendar on the grounds that Defendant requires additional time to investigate the underlying order of deportation and discovery provided by the government, and also to consider a change of plea.

Defendant states that there have been no delays related to this motion and that has not previously been ruled upon, but stipulates that the intervening days be excludable time as defined by 18 USC 3161(h). Further, the reason that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial is that said investigation is necessary for complete and proper defense, and consideration of a change of plea may ultimately benefit his sentencing.

Manuel Ramon Vargas
By his attorney,

______________________________

MARK B. LAROCHE, Esq. #4681
10 Dorrance Street #515
Providence, RI 02903
(401) 751-1919

CERTIFICATION

I, the undersigned, do hereby certify that on December 14, 2006, I served a copy of the within Motion to Zachary Chafee Asst. U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903. __________________________

**Issue:**
If Felipe was previously charge with Illegal reentry, then this Complaint should be