**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
VS. : CR.NO: 06- 111 S
:
Manuel Ramon Vargas :

**Index of Documentary Evidence in Support of MOTION TO DISMISS**

Now comes the defendant, Manuel Ramon Vargas, in the above-entitled matter to respectfully move this Honorable Court to admit the following:

A) Motions to Revise and Revoke from Lawrence, MA - District Court Dkt. #s: 0318CR7232 (plea of 4/29/04); and
0418CR1710 (plea of 5/28/04)

B) Entry of Appearance on behalf of Defendant herein from Attorney Stephen Judge in Lawrence, MA - District Court
Dkt. #s: 0318CR7232 (plea of 4/29/04); and
0418CR1710 (plea of 5/28/04)

C) Executive Office of Immigration Review/Boston,MA transcripts of Defendant's A96-411-206 deportation proceedings held on September 29th, October 20th, November 3rd & 10th, 2004 (as provided by the government)

D) Letter and Affidavit from Attorney Judge (as provided by the government)

E) EOIR/BIA March 15th, 2005 Order of remand without further action of Defendants case A96-411-206. (as provided by the government)

Manuel Ramon Vargas
By his attorney,

/s/MARK B. LAROCHE, Esq. #4681
MARK B. LAROCHE, Esq. #4681
10 Dorrance Street #515
Providence, RI 02903
(401) 751-1919

CERTIFICATION

I, the undersigned, do hereby certify that on February 13, 2007, I served a copy of the within Index to Zachary Chafee Asst. U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.

/s/MARK B. LAROCHE, Esq.