U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

Det

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

**Judge, Stephen D.**
**23 Central Avenue**
**Suite 605**
**Lynn, MA 01901-0000**

**Office of the District Counsel/BO**
**P.O. Box 8728**
**Boston, MA 02114**

**Name: VARGAS, MANUEL RAMON** **A96-411-206**

**Date of this notice: 03/15/2005**

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

F.F. Krid

Frank Krider
Chief Clerk

Enclosure

Panel Members:
PAULEY, ROGER

**U.S. Department of Justice**
**Executive Office for Immigration Review**

**Falls Church, Virginia 22041**

**Decision of the Board of Immigration Appeals**

File: A96-411-206 - Boston

Date: MAR 15 2005

In re: VARGAS, MANUEL RAMON

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Judge, Stephen D.

ORDER:

PER CURIAM. This Board has been advised that the respondent's appeal has been withdrawn. *See* 8 C.F.R. § 1003.4. Since there is nothing now pending before this Board, the record is returned to the Immigration Court without further action.

FOR THE BOARD

COPY

# SEGAL, JUDGE & ASSOCIATES

Attorneys at Law

23 Central Avenue, Suite 605
Lynn, MA 01901
Tel (781) 599-2800
Fax (781) 599-6966

375 Common Street, Suite 205
Lawrence, MA 01840
Tel (978) 689-0300
Fax (978) 689-4188

Ronald Ian Segal
(also admitted in NH)

Stephen D. Judge
(also admitted in RI)

March 3, 2005

Board Of Immigration Appeals
Clerk's Office
5201 Leesburg Pike, Suite 1300
Falls Church, VA. 22041

RE: VARGAS, MANUEL RAMON
NO: A96-411-206

Dear Sir/Madam:

Enclosed please find the Respondent's Motion To Withdraw And Dismiss Pending Appeal And Stipulation To Final Order Of Deportation/Removal And Request For Immediate Removal From The United States and Certificate Of Service in the above-entitled matter.

Kindly file same.

Thank you for your courtesy and attention to this matter.

Very truly yours,

STEPHEN D. JUDGE

SDJ/pg

Enc.

Cc: Office of the District Counsel/BO
P.O. Box 8728
Boston, MA. 02114

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

FILE NO. A96-411-206

IN THE MATTER OF:

VARGAS, MANUEL RAMON,
RESPONDENT

RESPONDENT'S MOTION TO WITHDRAW AND DISMISS PENDING APPEAL AND STIPULATION TO FINAL ORDER OF DEPORTATION/REMOVAL AND REQUEST FOR IMMEDIATE REMOVAL FROM THE UNITED STATES

Now comes the respondent in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to dismiss the respondent's pending appeal to facilitate his immediate removal from the United States.

As reason therefore, I, Stephen D. Judge, Attorney for the Respondent, do hereby depose and state as follows.

1. The respondent is personally aware of the basis for these pending removal proceedings. The respondent appreciates that he is not eligible for release on a bond.

2. The respondent is a citizen of the Dominican Republic and requests removal to said country.

3. The respondent understands and accepts his pending removal from the United States.

4. Undersigned counsel has been researching the possibility that the convictions underlying the respondent's order of removal were obtained in violation of a substantive statutory or constitutional right.

5. These efforts have proven unsuccessful and undersigned counsel has been advised by respondent's family that it is the respondent's wish not to prolong his removal from the United States any longer.

6. The respondent wishes to waive his pending appeal and any required waiting period prior to his removal and also wishes to waive any required or discretionary appearance before a Judge of the Immigration Court.

7. The respondent has had the benefit of legal counsel and his family has expressed his clear desire to have his appeal dismissed and to accept a final order of removal as quickly as possible.

8. Undersigned counsel is the attorney of record for the Respondent in all matters relating to these Removal proceedings and the Respondent's pending appeal to the Board of Immigration Appeals.

Wherefore, the Respondent prays this Court allow his Motion to Dismiss Pending Appeal and Request for Immediate Removal from the United States. In further support hereof, and to facilitate the Respondent's request, the respondent's is prepared to purchase his own plane ticket if that will facilitate his removal from the United States.

Respectfully submitted,
MANUEL RAMON VARGAS
By his attorney,

STEPHEN D. JUDGE
23 Central Ave., Suite 605
Lynn, MA 01901
(781) 599-2800

U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

**Judge, Stephen D.**
**23 Central Avenue**
**Suite 605**
**Lynn, MA 01901-0000**

**Office of the District Counsel/BO**
**P.O. Box 8728**
**Boston, MA 02114**

**Name: VARGAS, MANUEL RAMON**

**A96-411-206**

**Type of Proceeding: Removal**

**Date of this notice: 02/10/2005**

**Type of Appeal: Case Appeal**

**Appeal filed by: Alien**

**Date of Appeal: 12/09/2004**

**NOTICE -- BRIEFING SCHEDULE**

- Enclosed is a copy of the transcript of the testimony of record.
- Appealing party is granted until 03/03/2005 to submit a brief to the Board of Immigration Appeals. The brief must be **RECEIVED** at the Board on or before this date.
- Opposing party is granted until 03/03/2005 to submit a reply brief to the Board of Immigration Appeals . The brief must be **RECEIVED** at the Board on or before this date.

**WARNING:** If you indicated on the Notice of Appeal (Form EOIR-26) that you will file a brief or statement, you are expected to file a brief or statement in support of your appeal. If you fail to file the brief or statement within the time set for filing in this briefing schedule, the Board may summarily dismiss your appeal. *See* 8 C.F.R. § 1003.1(d)(2)(i)(E).

**FILING INSTRUCTIONS -- In General.**

**IMPORTANT: The Board of Immigration Appeals has included two copies of this notice. Please attach one copy of this notice to the front of your brief when you mail or deliver it to the Board, and keep one for records. Thank you for your cooperation.**

A fee is not required for the filing of a brief. Your brief must be RECEIVED at the Clerk's Office at the Board of Immigration Appeals within the prescribed time limits. It is NOT sufficient simply to mail the brief and assume your brief will arrive on time. We strongly urge the use of an overnight courier service to ensure the timely filing of your brief.

Use of an over-night courier service is strongly encouraged to ensure timely filing.

If the alien is represented by counsel at the appeal level, a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27) must be filed with the Board.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents. If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

Filing Address:

To send by courier or overnight delivery service, or to deliver in person:

Board of Immigration Appeals,
Clerk's Office,
5201 Leesburg Pike, Suite 1300,
Falls Church, VA 22041

Business hours: Monday through Friday, 8:00 a.m. to 4:30 p.m.

To mail by regular first class mail:

Board of Immigration Appeals
Clerk's Office
P.O. Box 8530
Falls Church, VA 22041.

**FILING INSTRUCTIONS -- Extension Request.**

Unless you receive a Board Notice granting your extension request, your brief will remain due on the date stated above.

Extensions of briefing time will only be granted for good cause. All extension requests must be in writing. Telephonic or fax requests will not be accepted.

Extension requests must be **RECEIVED** at the Board on or before the expiration of the initial briefing schedule. Requests for extension of briefing time received after expiration of the initial briefing period, will not be granted.

The Board does not grant extensions for more than 21 days. If your request is granted, the brief will generally be due 21 days from the date the initial briefing schedule expires, not 21 days from the date of the request for an extension or the date of the Board response to the request. The new due date will be stated on the notice granting the extension.

The policy of the Board is that no additional extensions will be granted.

**CERTIFICATE OF SERVICE**

I, Stephen D. Judge, Esquire, hereby certify that I have delivered copies of the within Respondent's Motion To Withdraw And Dismiss Pending Appeal And Stipulation To Final Order Of Deportation/Removal And Request For Immediate Removal From United States, by mailing same, postage prepaid, to Office of the District Counsel/BO, P.O. Box 8728, Boston, Massachusetts 02114, this 3rd day of March, 2005.

STEPHEN D. JUDGE