**U.S. Department of Justice**
Executive Office for Immigration Review
United States Immigration Court

Matter of | File A 96 411 206

MANUEL RAMON VARGAS ) In REMOVAL Proceedings

Respondent ) Transcript of Hearing

Before PAUL M. GAGNON, Immigration Judge

Date: September 29, 2004 | Place: Boston, MA

Transcribed by FREE STATE REPORTING, INC., at Annapolis, Maryland

FEB 2005
Received
Board of
Immigration
Appeals

Official Interpreter:

Language: Spanish

Appearances:

For the Department of Homeland Security:

John M. Furlong, Jr.

For the Respondent:

Pro se

JUDGE FOR THE RECORD

This is the matter of Manuel Ramon Vargas, case number 96 411 206. This is a removal hearing in the Boston Immigration Court, Boston, Massachusetts. Judge Paul M. Gagnon presiding. The date is September 29th, 2004. The Government is represented by Assistant Chief Counsel, John Furlong, Jr. The respondent appears before the Court today representing himself. He's indicated that his best language is Spanish, so we will be assisted by our Court interpreter.

JUDGE TO MR. VARGAS

Sir, can you state your name, please?

MR. VARGAS TO JUDGE

Manuel Ramon Vargas Fernandez. Yes.

JUDGE TO MR. VARGAS

All right, sir, the purpose of this proceeding is to determine whether or not your should be removed from the United States. You have the right to have an attorney represent you in the Immigration Court, but it would be at your own expense. Do you want some time to find an attorney to try to help you with your case?

MR. VARGAS TO JUDGE

Yes.

MR. FURLONG TO JUDGE

Judge, I, I, I would just note for the record that respondent was served with the Notice to Appear within the past

ten days on September 22, 2004. He has the right to a ten day period before appearing before the IJ. So, I don't know if he wants to waive that or not.

JUDGE TO MR. FURLONG

So, what, what are you saying?

MR. FURLONG TO JUDGE

He -- according to the Notice to Appear, he has the right to a ten day period prior to appearing before the Immigration Judge. I don't know if he wants to waive it today or not.

JUDGE TO MR. FURLONG

Well, how did he get here then?

MR. FURLONG TO JUDGE

I do not know, Your Honor.

(OFF THE RECORD)

(ON THE RECORD)

JUDGE TO MR. VARGAS

All right, sir, you were served with your Notice to Appear on, it looks like September 22nd.

MR. VARGAS TO JUDGE

Yes.

JUDGE TO MR. VARGAS

Sir, you have a right to wait ten days before coming before the Immigration Judge.

MR. VARGAS TO JUDGE

Yes.

JUDGE TO MR. VARGAS

But, if you would like, we can start moving your case along today by waiving that right to wait the ten days.

MR. VARGAS TO JUDGE

No, I want the hearing to start starting after the tenth day. My family has an appointment with a lawyer tomorrow that might represent me. They told me that it would take ten days for the process to start.

JUDGE TO MR. VARGAS

Okay. So, why don't we bring you back here next Wednesday? Then, the ten days will be up.

MR. VARGAS TO JUDGE

Would you just tell me the date or will you give something in writing?

MR. VARGAS TO JUDGE

Yeah, the date is October 6.

INTERPRETER TO JUDGE

9:00 a.m., right?

JUDGE TO INTERPRETER

Yes.

JUDGE TO MR. VARGAS

All right.

MR. VARGAS TO JUDGE

Thank, Your Honor.

HEARING CONTINUED

**U.S. Department of Justice**
Executive Office for Immigration Review
United States Immigration Court

Matter of

File A 96 411 206

MANUEL RAMON VARGAS ) In REMOVAL Proceedings

Respondent ) Transcript of Hearing

Before PAUL M. GAGNON, Immigration Judge

Date: October 20, 2004

Place: Boston, MA

Transcribed by FREE STATE REPORTING, INC., at Annapolis, Maryland

Official Interpreter:

Language: Spanish

Appearances:

For the Department of Homeland Security:

William Richards

For the Respondent:

Pro se

JUDGE FOR THE RECORD

All right, this is the matter of Manuel Ramon Vargas, case number 96 411 206. This is a removal hearing in the Boston Immigration Court, Boston, Massachusetts. Judge Paul M. Gagnon presiding. The date is October 20th, 2004. The Government's represented by Assistant Chief Counsel William Richards. The respondent appears before the Court today representing himself. He's indicated that his best language is Spanish, so for that reason, we will be assisted by our Court interpreter.

JUDGE TO MR. VARGAS

All right, sir, can you state your name please?

MR. VARGAS TO JUDGE

Manuel Ramon Vargas Fernandez.

JUDGE TO MR. VARGAS

All right, sir, we continued your case so that you could try to find an attorney. Have you found an attorney?

MR. VARGAS TO JUDGE

Yes, I have a lawyer.

JUDGE TO MR. VARGAS

Who is your attorney?

MR. VARGAS TO JUDGE

Stephen Judge (phonetic sp.).

JUDGE TO INTERPRETER

Could you show, could you show that to Mr. Richards?

MR. VARGAS TO JUDGE

He asked me if I could ask for a postponement so he could prepare for the case.

JUDGE TO MR. VARGAS

All right, sir, I'm going to continue your case to November 3rd. If you don't have a lawyer then, you're going to have to represent yourself.

MR. VARGAS TO JUDGE

Yes, I have a lawyer. It's that he is working on the case.

JUDGE TO MR. VARGAS

Make sure you tell him to be here on November 3rd.

MR. VARGAS TO JUDGE

Okay.

JUDGE TO MR. VARGAS

All right, very good.

MR. VARGAS TO JUDGE

Thank you.

JUDGE TO MR. VARGAS

You're welcome.

<u>HEARING CONTINUED</u>

**U.S. Department of Justice**
Executive Office for Immigration Review
United States Immigration Court

Matter of File A 96 411 206

| | | |
|---|---|---|
| MANUEL RAMON VARGAS | ) | In REMOVAL Proceedings |
| Respondent | ) | Transcript of Hearing |

Before PAUL M. GAGNON, Immigration Judge

Date: November 3, 2004 Place: Boston, MA

Transcribed by FREE STATE REPORTING, INC., at Annapolis, Maryland

Official Interpreter:

Language: Spanish

Appearances:

| For the Department of Homeland Security: | For the Respondent: |
|---|---|
| William Richards | Pro se |

JUDGE FOR THE RECORD

All right, this is the matter of Manuel Ramon Vargas, case number 96 411 206. This is a removal hearing in the Boston Immigration Court, Boston, Massachusetts. Judge Paul M. Gagnon presiding. The date is November 3rd, 2004. The Government's represented by Assistant Chief Counsel William Richards. The respondent appears before the Court today representing himself.

JUDGE TO MR. VARGAS

Do you speak English?

MR. VARGAS TO JUDGE

Yes, fine.

JUDGE TO MR. VARGAS

Okay.

JUDGE FOR THE RECORD

We'll be assisted by a Court interpreter.

JUDGE TO MR. VARGAS

Sir, state your name, please.

MR. VARGAS TO JUDGE

Manuel Ramon Vargas Fernandez.

JUDGE TO MR. VARGAS

Okay, sir, raise your right hand for me please. Do you solemnly swear that the testimony you are about to give will be the truth, the whole truth and nothing but the truth?

MR. VARGAS TO JUDGE

Yes.

JUDGE TO MR. VARGAS

Put your hand down. Now, sir, we continued your case so that you could try to find an attorney. Have you found an attorney?

MR. VARGAS TO JUDGE

Yes, Your Honor. The attorney asked me to ask Your Honor for a future hearing, or another postponement, because he is working with my case.

JUDGE TO MR. VARGAS

Who's the lawyer?

MR. VARGAS TO JUDGE

Stephen Segal (phonetic sp.).

JUDGE TO MR. VARGAS

Stephen Segal? Where's his office?

MR. VARGAS TO JUDGE

In Lynn. Center Street.

MR. RICHARDS TO JUDGE

Judge, the Government's opposed to any further continuances in this matter. This case has been pending since September 29th, 2004. At the hearing on October 20th, the respondent stated that he had a name -- he had a lawyer by the name of Stephen Judge. Now, he's come in and saying he has a lawyer by the name Stephen Segal. Respondent was -- has no relief under the Act.

UNIDENTIFIED SPEAKER TO INTERPRETER

(indiscernible).

INTERPRETER TO UNIDENTIFIED SPEAKER

No, I don't think so.

UNIDENTIFIED SPEAKER TO INTERPRETER

(indiscernible).

INTERPRETER TO UNIDENTIFIED SPEAKER

Thank you.

MR. VARGAS TO JUDGE

Can I say something?

JUDGE TO MR. VARGAS

Sure.

MR. VARGAS TO JUDGE

Okay, Your Honor, when I, I ask you last week for a postponement and I gave you the name of Stephen Judge, they're both -- work together. So, that is why.

JUDGE TO MR. VARGAS

Okay. Well, but I don't understand why they're not here today though, sir.

MR. VARGAS TO JUDGE

When I last talked to him he asked me to ask for a postponement, because he is working on my case and he's preparing in order to represent me. He told me for the next hearing date, he'll be prepared to proceed.

JUDGE TO MR. VARGAS

Yeah, but I told you last time that this was -- if you didn't have a lawyer today you were going to have to represent

yourself, sir.

MR. VARGAS TO JUDGE

Yes, but I please ask Your Honor to grant me one last continuance.

MR. RICHARDS TO JUDGE

Government's opposed, Your Honor. I mean, he's had ample time to get a lawyer. Stephen Judge is not here today.

JUDGE TO MR. RICHARDS

Yeah, I'm not going to continue the case so that he can get a lawyer, but I am going to schedule it for a hearing on removal and eligibility for relief next week at 1:00. And I'll, I'll hold off receiving the records of conviction till that day in case, in case he does have a lawyer. I don't want to misplace them.

MR. VARGAS TO JUDGE

Thank you very much.

INTERPRETER TO JUDGE

Did you say 1:00, Your Honor?

JUDGE TO INTERPRETER

Yes.

INTERPRETER TO MR. VARGAS

(Untranslated). Okay.

HEARING CONTINUED

**U.S. Department of Justice**
Executive Office for Immigration Review
United States Immigration Court

Matter of File A 96 411 206

MANUEL RAMON VARGAS ) In REMOVAL Proceedings

Respondent ) Transcript of Hearing

Before PAUL M. GAGNON, Immigration Judge

Date: November 10, 2004 Place: Boston, MA

Transcribed by FREE STATE REPORTING, INC., at Annapolis, Maryland

Official Interpreter:

Language: Spanish

Appearances:

For the Department of Homeland Security:

William Richards

For the Respondent:

Pro se

JUDGE FOR THE RECORD

This is the matter of Manuel Ramon Vargas, case number 96 411 206. This is a removal hearing in the Boston Immigration Court, Boston, Massachusetts. Judge Paul M. Gagnon presiding. The date is November 10th, 2004. The Government's represented by Assistant Chief Counsel William Richards. The respondent appears before the Court today representing himself. He's indicated his best language is Spanish, so we will be assisted by our Court interpreter.

JUDGE TO MR. VARGAS

Q. Sir, can you raise your right hand for me please? Do you solemnly swear that the testimony you're about to give will be the truth, the whole truth and nothing but the truth, so help you God?

A. Yes.

Q. All right, sir, state your name please.

A. Manuel Ramon Vargas Fernandez.

Q. All right, sir, I have some questions for you about the things that are said in the Notice to Appear. That is the charging document which brought you before the Immigration Court. First thing it says is that you are not a citizen and national of the United States, but you are a native and citizen of the Dominican Republic. Is that true?

A. Yes.

Q. All right. It says that you were admitted to the

United States as a visitor in New York City on or about February 10th, 2001. Is that true?

INTERPRETER TO JUDGE

2000?

JUDGE TO INTERPRETER

2001.

MR. RICHARDS TO INTERPRETER

2001.

INTERPRETER TO JUDGE

Okay.

MR. VARGAS TO JUDGE

Yes.

JUDGE TO MR. VARGAS

Q. You adjusted your status to conditional permanent residence on March 9th, 2004 in Boston. Is that right?

A. Yes.

Q. But, on April 29th, 2004, you were convicted in the Lawrence District Court for the offense of possession with the intent to distribute cocaine. Is that true?

A. No.

Q. That's not true? Okay, well it -- okay. Now, it says here that on May 28th, 2004, you were convicted in the Lawrence District Court on another charge of possession with the intent to distribute cocaine. Is that true?

A. Yes, I was convicted, but I am not guilty of those

charges.

Q. So, you are saying you were wrongfully convicted, sir?

A. They charge me of selling drug, drugs, which I have never sold drugs in this Country. Since I came from my country I have worked since I'm here all the time.

Q. Okay.

JUDGE TO MR. RICHARDS

Do you have records of conviction?

MR. RICHARDS TO JUDGE

Judge, I have handed to you in, as Group Exhibit 2, a copy of the respondent's I-213, a certified copy pursuant to allegation 5 of the respondent's May 28th, 2004 conviction in the Lawrence District Court, Lawrence, Massachusetts, for possession with intent to distribute cocaine, in which the respondent pled guilty and received 1 year in the house of corrections, 60 days to be served. And, pursuant to allegation 6, I have given you a certified copy of the respondent's conviction in the Lawrence District Court for possession with intent to distribute cocaine, in which he pled guilty and got 6 months in the house of corrections, 90 days to be served. I'd ask that you sustain removability and order the respondent removed. He has no pending applications before our Service, he has not expressed any fear of return to the Dominican Republic, and certainly it appears that he is ineligible for any relief under the Act except deferred Convention against Torture, but he has not expressed a fear of

harm by the Dominican government. So, I'd ask that you sustain removability and order the respondent removed.

JUDGE TO MR. VARGAS

Q. Sir, is your date of birth August 14th, 1976?

INTERPRETER TO JUDGE

'76, Your Honor?

JUDGE TO INTERPRETER

Yes.

MR. VARGAS TO JUDGE

No.

JUDGE TO MR. VARGAS

Q. What is your date of birth?

A. March 12th, 1978.

JUDGE TO MR. RICHARDS

Sir, these records of conviction are for somebody named Elvis Santiago (phonetic sp.).

MR. RICHARDS TO JUDGE

I, no, Your Honor. The respondent -- one of the records of conviction that you have before you, the May 28th, 2004 conviction, says Elvis Santiago, a/k/a Manuel Ramon Vargas, date of birth 3/12/78.

JUDGE TO MR. RICHARDS

I don't see that.

MR. RICHARDS TO JUDGE

It's on the top of the conviction record, Judge. It's

docket number 1710.

JUDGE TO MR. RICHARDS

That's what yours says, that's not what mine says. Which one is this for?

MR. RICHARDS TO JUDGE

That is the -- that is for allegation, allegation 5.

JUDGE TO MR. RICHARDS

All right.

MR. RICHARDS TO JUDGE

And the other one says, Elvis Santiago. That is the respondent's alias and that's noted in the I-213.

JUDGE TO MR. VARGAS

Q. What did you say your date of birth was again, sir?

A. March 12th, 1978.

Q. Okay. All right, sir, do you have any fear that you'd be tortured or persecuted if you go back to the Dominican Republic?

A. No.

Q. All right, then based upon your answers to my questions and my review of the records of conviction in your case, I find by clear and convincing and unequivocal evidence that you are subject to removal and I'm ordering your removal to the Dominican Republic. Now, you can appeal my decision or you can accept my decision.

A. I will appeal the Judge's decision.

Q. All right, sir, we're going to give you an appeal package here and your appeal, should you decide to pursue it, will be due at the Board of Immigration Appeals in Falls Church, Virginia, no later than December 12th, 2004 -- excuse me, December 10th. I apologize. Do you understand everything that we've done here in the Immigration Court?

A. Yes, I, I understand, but I -- what I don't understand is why you made the, my deportation order so quickly. My lawyer is working with the Criminal Court to reopen my criminal case, because my prior attorney did not do a good job on it. And I don't understand since I was free on the streets, I was arrested and, you know, I was, you know, I was not in custody. Because the Immigration Service went to see me while I was there in jail, and so I don't understand why they didn't apprehend me, arrest me then.

Q. I, I don't know either, sir.

JUDGE TO UNIDENTIFIED PERSON

Thanks.

MR. RICHARDS TO JUDGE

Judge, will you give the respondent the illegal reentry warnings?

JUDGE TO MR. VARGAS

Now, sir, if you end up being removed and go back to the Dominican Republic, you can't come back here illegally. If you come illegally, you'd be subject to criminal prosecution.

JUDGE FOR THE RECORD

Okay. All right, this matter's adjourned.

HEARING CLOSED

CERTIFICATE PAGE

I hereby certify that the attached proceeding before JUDGE PAUL M. GAGNON, in the matter of:

MANUEL RAMON VARGAS

A 96 411 206

Boston, Massachusetts

is an accurate, verbatim transcript of the cassette tape as provided by the Executive Office for Immigration Review and that this is the original transcript thereof for the file of the Executive Office for Immigration Review.

Terri L. Marshall
Terri L. Marshall, Transcriber

Free State Reporting, Inc.
1324 Cape St. Claire Road
Annapolis, Maryland 21401
(301) 261-1902

January 21, 2005
(completion date)

By submission of this CERTIFICATE PAGE, the Contractor certifies that a Sony BEC/T-147, 4-channel transcriber or equivalent, as described in Section C, paragraph C.3.3.2 of the contract, was used to transcribe the Record of Proceeding shown in the above paragraph.