AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Manuel Ramon Vargas

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-111

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Zecharia Chafee | Mark B. Laroche |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 2/16/2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | ID MARKED | Full ADMITTED | DESCRIPTION OF EXHIBITS, AND WITNESSES |
|---|---|---|---|---|---|
| | A | 2-16-07 | ✓ | | Motion to Revise and Revoke (0318 CR 7232) |
| | B | 2-16-07 | ✓ | | Motion to Revise and Revoke (04-18CR1710) |
| | C | 2-16-07 | ✓ | | Appearance of Counsel |
| | D | 2-16-07 | ✓ | | Transcripts of hearings dated Sept. 29, 2004, |
| | | | | | October 20, 2004, November 3, 2004, Nov. 10, 2004 |
| | | | | | |
| | E | 2-16-07 | ✓ | | Letter to BIA dated March 3, 2005 from Mr. Judge + Affidavit |
| | F | 2-16-07 | ✓ | | Order dated March 15, 2005 |
| | | | | | |
| 1 | | 2-16-07 | ✓ | ✓ | Criminal Docket 04-CR 1710 |
| | | | | | |
| 2 | | 2-16-07 | ✓ | ✓ | Criminal Docket case number ending in CR7232 |
| | | | | | |
| 3 | | 2-16-07 | ✓ | ✓ | Immigration Letter dated March 15, 2005 |
| | | | | | |
| | | 2-16-07 | | | W-1 - Manuel Ramon Vargas |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.