UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

USA :
 Cr. No. 06-111 S
v. :

Manuel Vargas :

:

_________________________XXX

**MOTION FOR RELEASE AND SUSPENSION OF EXECUTION OF CONTINUANCE AND GRANT OF STAY OF ENFORCEMENT PENDING APPEAL**

Pursuant to Rule 46(c) of the Federal Rules of Criminal Procedure and the provision of 18 U.S.C § 3143; the defendant-appellant, **Manuel Vargas,** pro se, moves this Honorable Court to grant him a recognize or unsecured-appearance bond and suspend further execution or Continuance of this case pending appeal for the following reasons:

1 - The defendant, Manuel Vargas, submitted a petition and notice of appeal to the **U.S. Department of Justice-EXECUTIVE OFFICE FOR IMMIGRATION REVIEW-** against the deportation entered against him on May 21st 2005 in Boston, Massachusetts, said petition was submitted on February 22nd. 2007.

2.- In a decision dated November 10, 2004, and Immigration Judge ordered the appellant, Manuel Vargas, removed to the Dominican Republic. The defendant filed an appeal of that decision on December 9, 2004. Subsequent to the filing of his appeal, it appears the defendant, through counsel, in a motion filed with the Board on March 4, 2005, sought to "withdraw and dismiss the pending

appeal and stipulated to the Immigration Judge's final order of removal" in order to facilitate his immediate removal from the United States In an order dated March 15, 2005, the Board found that the appeal had been withdrawn. On March 2, 2007, the defendant filed a "Petition for an Order to Reopen and Reconsider and Notice of Appeal." The Board decided that it does not have Jurisdiction over the case and sent the case back to be reviewed by the Immigration Judge.

For the above reasons the defendant asks this Honorable Court to grant this motion.

Respectfully Submitted,

Manuel Vargas

Manuel Vargas/Defendant
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

# CERTIFICATION

I, Manuel Vargas, certify that a true copy of the foregoing is being mailed this 27th day of April via US. Certified Postal Service to each of the following:

**Assistance US. District Attorney:**

Zachary Chafee
Fleet Center
50 Kennedy Plaza
Providence, RI. 02903

**Attorney for Defendant:**

Mark B. Laroche
10 Dorrance Street
Providence, RI. 02903

US. District Court
For the District of Rhode Island
One Exchange Terrace
Providence, RI. 02903

Manuel Vargas
Manuel Vargas/Defendant
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

cc:Filed