IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR.NO. 06-111S
:
MANUEL RAMON VARGAS :

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO THE PRE-SENTENCE REPORT**

Comes now the United States of America, by and through its attorney's Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby responds to Defendant's objection to the Pre-Sentence Report for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorney's

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, I caused a copy of the Government's Objection To Defendant's Response to the Pre-Sentence Report to be filed with the United States District Court for the District of Rhode Island, using the CM/ECF System to:

Mark B. Laroche, Esq.
10 Torrance Street #515
Providence, RI 02903
(401)751-1919

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR.NO. 06-111S |
| | : | |
| MANUEL RAMON VARGAS | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S RESPONSE TO DEFENDANT'S OBJECTION TO THE PRE-SENTENCE REPORT**

## I. ARGUMENT ONE

Defendant raises several objections to the Pre-Sentence Report. First, Defendant argues that he had not been convicted of two aggravated felonies before his deportation. He contends that he did not knowingly and voluntarily plead guilty to two separate charges of possession with intent to distribute a Class B substance. In this Court, before sentencing, defendant seeks to make a collateral attack on the validity of his convictions. He is in the wrong forum and, in any event, he is too late.

Copies of the criminal dockets from the two cases in the District Court held in Lawrence, Massachusetts are attached. In both cases, CR.No. 7232 and Cr.No. 1710, the dockets are clear that defendant pleaded guilty to the possession with intent to distribute charges. In Cr.No. 7232 it is clear that the simple possession charge was dismissed. In Cr.No. 1710 there was no charge of simple possession at all.

Defendant has never had the convictions vacated although he has had ample time to attempt to accomplish that. He is now asking this federal court to rule on a matter which is properly

within the jurisdiction of the Massachusetts state courts. Brackett v. United States, 270 F3d 60,65 (1st Cir. 2001). He is not before this court on a habaeus corpus petition, seeking relief from the ruling of a Massachusetts state court. He is asking this federal court to make the initial finding on a matter he apparently has never even moved the Massachusetts court to address.

Furthermore, even if defendant were now to have the two aggravated felonies vacated it would be too late. The relevant time is the period before deportation. At the time he was deported he stood convicted of two aggravated felonies regardless of whether he is able to now have them vacated. United States v. Luna-Diaz, 222 F.3d 1 (1st. Cir. 2000).

Although this court cannot address the particulars of the state court plea colloquy, as a matter of curiosity it is obvious from the court transcript on Cr.No. 7232 that defendant did knowingly and voluntarily plead to possession with intent to distribute. The facts set forth by the prosecutor firmly support that charge, the defendant was represented by counsel, and the colloquy between court and counsel made clear that counsel discussed the matter with his client and that defendant agreed to the disposition of a guilty plea to Count b. - possession with intent to distribute. On Cr. No. 1710 a portion of the audio tape is blank but it is clear enough for what is available that

defendant's plea was knowing and voluntary.

**II. ARGUMENT TWO**

Defendant argues that possession with intent to distribute a Class B substance is not a felony because, he contends, it was not in this case punished by a term of imprisonment exceeding one year. However, the definition of "felony" as set forth in U.S.C.G. § 2L1.2 Application Notice 2 is that the crime be punishable by a term of imprisonment exceeding one year. That is the case for possession with intent to distribute a Class B substance. See Attachment.

**III. ARGUMENT THREE**

Defendant contends that for purposes of Criminal History his two felony convictions were "related" cases because, he argues, they were consolidated for sentencing. The cases were not consolidated for sentencing with one joint sentence. There were two separate sentences. In fact the additional 60 days on the second sentence was to be served beyond the sentence in the first case. The sentences specifically were not concurrent. See transcript of May 28, 2004 hearing on Cr.No. 1710. (10th Page).

## IV. <u>CONCLUSION</u>

For the foregoing reasons defendant's objection should be overruled.

Respectfully submitted,
UNITED STATES OF AMERICA,
By its Attorney's

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, I caused a copy of the Government's Memorandum In Support Of It's Objection To Defendant's Objection to the Pre-Sentence Report to be filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

Mark B. Laroche, Esq.
10 Torrance Street #515
Providence, RI 02903
(401)751-1919

/s/Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov