ATTACHMENT

Source: Legal > States Legal - U.S. > Massachusetts > Find Statutes, Regulations, Administrative Materials & Court Rules > **MA - Annotated Laws of Massachusetts, Constitution, Court Rules & ALS, Combined**
TOC: Annotated Laws of Massachusetts, Constitution, Court Rules & ALS, Combined > / . . . / > Chapter 94C Controlled Substances Act > **§ 32A. Unauthorized Manufacture, Distribution, Dispensing or Possession of Class B Substances; Penalties.**
Terms: **"94C" w/p "32A"** (Edit Search | Suggest Terms for My Search)

Select for FOCUS™ or Delivery

☐

*ALM GL ch. 94C, § 32A*

ANNOTATED LAWS OF MASSACHUSETTS
© 2007 Matthew Bender & Company, Inc.,
a member of the LexisNexis Group.
All rights reserved.

*** CURRENT THROUGH ACT 38 OF THE 2007 LEGISLATIVE SESSION ***

PART I ADMINISTRATION OF THE GOVERNMENT
TITLE XV REGULATION OF TRADE
Chapter 94C Controlled Substances Act

**GO TO MASSACHUSETTS CODE ARCHIVE DIRECTORY**

ALM GL ch. **94C**, § **32A** (2007)

**§ 32A. Unauthorized Manufacture, Distribution, Dispensing or Possession of Class B Substances; Penalties.**

**(a)** Any person who knowingly or intentionally manufactures, distributes, dispenses, or possesses with intent to manufacture, distribute or dispense a controlled substance in Class B of section thirty-one shall be punished by imprisonment in the state prison for not more than ten years, or in a jail or house of correction for not more than two and one-half years, or by a fine of not less than one thousand nor more than ten thousand dollars, or both such fine and imprisonment.

**(b)** Any person convicted of violating this section after one or more prior convictions of manufacturing, distributing, dispensing, or possessing with the intent to manufacture, distribute or dispense a controlled substance as defined by section thirty-one of this chapter under this or any other prior law of this jurisdiction or of any offense of any other jurisdiction, federal, state, or territorial, which is the same as or necessarily includes the elements of said offense shall be punished by a term of imprisonment in the state prison for not less than three nor more than ten years. No sentence imposed under the provisions of this section shall be for less than a mandatory minimum term of imprisonment of three years and a fine of not less than two thousand and five hundred nor more than twenty-five thousand dollars may be imposed but not in lieu of the mandatory minimum term of imprisonment, as established herein.

**(c)** Any person who knowingly or intentionally manufactures, distributes, dispenses or possesses with intent to manufacture, distribute or dispense phencyclidine or a controlled substance defined in clause (4) of paragraph (a) or in clause (2) of paragraph (c) of class B of section thirty-one shall be punished by a term of imprisonment in the state prison for not less than two and one-half nor more than ten years or by imprisonment in a jail or house of correction for not less than one nor more than two and one-half years. No sentence imposed under the provisions of this section shall be for less than a mandatory minimum term of

# CRIMINAL DOCKET

04[redacted]CR 1710

Wright (Att)

COURT DIVISION: LAWRENCE

☐ Interpret[redacted] (language:) Spanish

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Elvis Santiago
aka Manuel Romon Vargas dob. 3/12/78
594 Andover St.
Lawrence, MA

DEFT. DOB AND SEX: 8/14/76 male

OFFENSE CODE(S): 802,802z;163a

DATE OF OFFENSE(S): 3/22/04

PLACE OF OFFENSE(S): Lawrence

COMPLAINANT: William Lees for Tpr. Frank Montanez

POLICE DEPARTMENT (if applicable): State Police

DATE OF COMPLAINT: 3/23/04

RETURN DATE AND TIME: 3/23/04

| DA[redacted]TE | DOCKET ENTRY |
|---|---|
| | ☐ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft advised per 211D §2A<br>☐ Waiver of counsel found after colloquy |
| 3/23/04 Attille | Terms of release set: $800 cash<br>☐ PR ☐ Bail:<br>☐ Held (276 §58A)<br>☐ See back for special conditions |
| 3/23/04 Attille | Arraigned and advised:<br>☑ Potential of bail revocation (276 §58)<br>☐ Right to bail review (276 §58)<br>☐ Right to drug exam (111E §10) |
| 5-28-04 Ostrach | Advised of right to jury trial<br>☐ Does not waive<br>☑ Waiver of jury trial found after colloquy |
| | Advised of trial rights as pro se (Supp.R. 4) |
| | Advised of right of appeal to Appeals Ct (R. 28) |

## COUNT-OFFENSE: a. POSS.CLASS B SUB. W/INT. TO DISTRIB c94C s32A(a)

| FINE | SURFINE | COSTS | RESTITUTION | V W ASSESSMENT |
|---|---|---|---|---|
| | | | | 90 ☐ WAIVED |

DISPOSITION DATE & JUDGE: 5-28-04 Ostrach

DISPOSITION METHOD
- ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the above

FINDING
- ☐ Not Guilty
- ☑ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without guilty finding until: 1 YEAR H/C 600 DAYS TBS DEEMED SERVED BAL SS M 1-28-05
- ☐ Probation ☐ Pretrial probation(276 §87) - until:
- ☐ To be dismissed upon payment of court costs/ restitution
- ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
- ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

RANDOM SCREENS

FINAL DISPOSITION: DRUG EVAL + TREATMENT DEEMED APPROPRIATE BY PROBATION — JUDGE — DATE
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated; defendant discharged

## COUNT-OFFENSE: b. POSS.CL.B SUBS. W/INT.DIST.SCHOOL ZONE C94C, S32A,32

| FINE | SURFINE | COSTS | RESTITUTION | V W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 5-28-04 Ostrach

DISPOSITION METHOD
- ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the above

FINDING
- ☐ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without guilty finding until:
- ☐ Probation ☐ Pretrial probation(276 §87) - until:
- ☐ To be dismissed upon payment of court costs/ restitution
- ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
- ☐ Filed with Deft's consent ☑ Nolle Prosequi ☐ Decriminalized (277 §70C)

FINAL DISPOSITION — JUDGE — DATE
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated; defendant discharged

## COUNT-OFFENSE: c. OPER. MV WITHOUT LIGHTS C90 S7

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 5-28-04 Ostrach

DISPOSITION METHOD
- ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the above

FINDING
- ☐ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☑ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without guilty finding until:
- ☐ Probation ☐ Pretrial probation(276 §87) - until:
- ☐ To be dismissed upon payment of court costs/ restitution
- ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
- ☑ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

FINAL DISPOSITION — JUDGE — DATE
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated; defendant discharged

## COUNT-OFFENSE:

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE:

DISPOSITION METHOD
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the above

FINDING
- ☐ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
- ☐ Sufficient facts found but continued without guilty finding until:
- ☐ Probation ☐ Pretrial probation(276 §87) - until:
- ☐ To be dismissed upon payment of court costs/ restitution
- ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
- ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

FINAL DISPOSITION — JUDGE — DATE
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated; defendant discharged

☐ ADDITIONAL COUNTS ATTACHED

A TRUE COPY ATTEST: [signature] CLERK-MAGISTRATE/ASST. CLERK — ON (DATE) 6-3-04

COURT ADDRESS: 2 Appleton Street, Lawrence, Ma.01840-1525

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | JUDGE | TAPE NO. | ST[illegible] | |
|---|---|---|---|---|---|---|---|
| 1 | 3/29/04 | Arr | Held Cont'd $5000 cash | Stella | | | |
| 2 | 4/29/04 | PTH | Held ✓ Cont'd Bail Stands | Jarasilon | | | |
| 3 | 5/25/04 | CE (4) | Held Cont'd Bail Stands | Stella | | | |
| 4 | 5.28.04 | CE# 4 | Held Cont'd plea | Ostrach | 4-179 | 3161 | 3680 |
| 5 | | | Held Cont'd | | 4-180 | 0 | |
| 6 | | | Held Cont'd | | 8.197 | 3580 | 3663 |
| 7 | | | Held Cont'd | | 8.198 | 0 | |
| 8 | | | Held Cont'd | | | | |
| 9 | | | Held Cont'd | | | | |
| 10 | | | Held Cont'd | | | | |

ARR=Arraignment PT= Pretrial hearing CE = Discovery compliance & jury election T= Bench trial J = Jury trial PC = Probable cause hearing M = Motion hearing SR = Status review SRP = Status review of payments FA = First appearance in jury session S = Sentencing CW = Continuance-without-finding scheduled to terminate P = Probation scheduled to terminate DFTA = Defendant failed to appear & was defaulted WAR = Warrant issued WARD = Default warrant issued WR = Warrant or default warrant recalled PR = Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | √ WAIVED |
|---|---|---|---|---|---|
| | | Legal Counsel Fee (211D §2A ¶2) | | | |
| | | Legal Counsel Contribution (211D §2) | | | |
| | | Court Costs (280 §6) | | | |
| 5.28.04 | Ostrach | Drug Analysis Fee (280 §6B) | 150.00 | | |
| | | OUI §24D Fee (90 §24D ¶9) | | | |
| | | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| 5.28.04 | Ostrach | Probation Supervision Fee (276 §87A) | 65.00 A | MONTH | |
| | | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | | Default Warrant Removal Fee (276 §30 ¶1) | | | |
| | | | | | |
| | | | | | |

**L COMPLAINT**

DOCKET NO.
0[redacted] CR 1710

**Tria[redacted]rt of Massachusetts**
**District Court Department**

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Elvis Santiago
aka Manuel Romon Vargas dob. 3/12/78
594 Andover St.
Lawrence, MA

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| | |
|---|---|
| DEFT. DOB AND SEX: 8/14/76 male | OFFENSE CODE(S): 802,802z,163a |
| DATE OF OFFENSE(S): 3/22/04 | PLACE OF OFFENSE(S): Lawrence |
| COMPLAINANT: William Lees for Tpr. Frank Montanez | POLICE DEPARTMENT *(if applicable)*: State Police |
| DATE OF COMPLAINT: 3/23/04 | RETURN DATE AND TIME: 3/23/04 |

$1000
276 §58
D/R

COUNT-OFFENSE
**a.POSS.CLASS B SUB. W/INT. TO DISTRIB c94C s32A(a)**

not being authorized by law, did knowingly or intentionally possess with intent to manufacture distribute or dispense a controlled substance in Class "B" of G.L. c.94C, s.31, to wit: cocaine, in violation of G.L. c.94C, s.32A(a).

COUNT-OFFENSE
**b. POSS.CL.B SUBS. W/INT.DIST.SCHOOL ZONE C94C, S32A,32J**

not being authorized by law, did knowingly or intentionally possess with intent to manufacture, distribute, or dispense a controlled substance in Class "B" of G.L. c.94C, s.31, to-wit: cocaine, in violation of G. L. c.94C, s.32A, s.32J, within one thousand feet of the real property comprising a public or private elementary, vocational, or secondary school whether or not in session.

COUNT-OFFENSE
**c. OPER. MV WITHOUT LIGHTS C90 S7**

**NOTE: THIS IS A CIVIL MV INFRACTION, SET FORTH HERE FOR PROCEDURAL PURPOSES ONLY.**
on a certain way there called May Street, and during the period from one-half hour after sunset to one-half hour before sunrise, was the person operating a certain motor vehicle, that said motor vehicle while so operated as aforesaid did not display at least two white lights or lights of yellow or amber tint, so as to be visible not less than two hundred feet in the direction toward which the said vehicle was then and there proceeding and a rear light so placed as to show a read light from behind, and a white light so arranged to illuminate and not obscure the rear number plate. In viol. of MGL c.90, s.7.

COUNT-OFFENSE

| | | | |
|---|---|---|---|
| COMPLAINANT: X [signature] | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK: X [signature] | ON (DATE): 3/23/04 | ☐ ADDITIONAL COUNTS ATTACHED |
| FIRST JUSTICE: Michael T. Stella Jr. | | COURT ADDRESS: 2 Appleton Street, Lawrence, Ma.01840-1525 | |
| A TRUE COPY ATTEST: X [signature] CLERK-MAGISTRATE/ASST. CLERK | ON (DATE): 6-3-04 | | |

## FINDING — JUDGE-DETERMINATION — INDIGENCY

After considering the report and recommendation of the probation officer or other appropriate court employee, and after interrogating the defendant named in the complaint on the reverse side, if appropriate, based upon the standards in Supreme Judicial Court Rule 3:10, **I FIND THAT THE DEFENDANT IS:**

☐ **INDIGENT** because the defendant:

- ☐ receives Aid to Families with Dependent Children (AFDC)
- ☐ receives Emergency Aid to Elderly, Disabled and Children (EAEDC).
- ☐ receives poverty-related veterans' benefits.
- ☐ receives food stamps.
- ☐ receives refugee resettlement benefits.
- ☐ receives Medicaid.
- ☐ receives Supplemental Security Income (SSI).
- ☐ is a patient in a mental health facility or treatment center (or is the subject of a proceeding for admission to such a facility) and lacks available funds.
- ☐ is serving a sentence in a correctional institution and has no available funds.
- ☐ is held in custody in a jail and has no available funds.
- ☐ has an annual income, after taxes, 125% or less of the current poverty threshold referred to in G.L. c. 261, § 27A(b).
- ☐ is determined to be indigent pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **INDIGENT BUT ABLE TO CONTRIBUTE,** and is therefore ordered to pay

$____________________ toward the cost of counsel because the defendant:

- ☐ has an annual income, after taxes, of more than 125% and less than 250% of the current poverty threshold referred to in G.L.c. 261, § 27A(b).
- ☐ is charged with a felony within the jurisdiction of the Superior Court and has available funds sufficient to pay a portion of the anticipated cost of counsel.
- ☐ is determined to be indigent but able to contribute pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **NOT INDIGENT** and is able to pay the anticipated cost of counsel [Judge's findings on the record are appended if this finding is pursuant to S.J.C. Rule 3:10, Section 4(b)].

________________ Date

________________ District Court Justice

## CERTIFICATE OF JUDGE — WAIVER OF COUNSEL

I hereby certify that the defendant named in the complaint on the reverse side has been informed of his/her right to counsel in accordance with Supreme Judicial Court Rule 3:10 and G.L. c. 211D, §5; that he/she has knowingly elected to proceed without a lawyer; and that he/she has:

- ☐ Executed a waiver of counsel in my presence.
- ☐ Refused to sign a waiver.

________________ Date

________________ District Court Justice

# CRIMINAL DOCKET

DOCKET NO. [redacted]8 CR 7232

ATTORNEY NAME: J. [redacted] / Wright

COURT DIVISION: LAWRENCE

☑ Interprete[redacted]quired (language:) Spanish

NAME, ADDRESS AND ZIP CODE OF DEFENDANT:
Elvis G. Santiago
105 Boston St. apt.3
Methuen, MA 01844

| DEFT. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 8/14/76 male | 116,802,822,882 |
| **DATE OF OFFENSE(S)** | **PLACE OF OFFENSE(S)** |
| 11/6/03 | Methuen |
| **COMPLAINANT** | **POLICE DEPARTMENT (if applicable)** |
| Sgt. Frank Korn for Off. James Gubter | Methuen |
| **DATE OF COMPLAINT** | **RETURN DATE AND TIME** |
| 11/7/03 | 11/7/03 |

| DATE | JUDGE | DOCKET ENTRY |
|---|---|---|
| | | ☐ Attorney appointed (SJC R. 3:10) ☐ Atty denied & Deft advised per 211D §2A ☐ Waiver of counsel found after colloquy |
| 11/7/03 | Dannin | Terms of release set: ☑ PR ☐ Bail: ☐ Held (276 §58A) ☐ See back for special conditions |
| " | " | Arraigned and advised: ☑ Potential of bail revocation (276 §58) ☑ Right to bail review (276 §58) Right to drug exam (111E §10) |
| 4-29-04 | Garsiti | Advised of right to jury trial: Does not waive ✓ Waiver of jury trial found after colloquy |
| | | Advised of trial rights as pro se (Supp. R. 4) |
| | | Advised of right of appeal to Appeals Ct (R. 28) |

COUNT-OFFENSE: a.OP. AFTER LIC. OR RT. TO OP. SUSP. c90 s23

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | WAIVED |

DISPOSITION DATE & JUDGE: 4/29/04 Garsiti — knowing a motor vehicle after his or her license...

DISPOSITION METHOD: ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the above

FINDING: ☐ Not Guilty ☑ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause

SENTENCE OR OTHER DISPOSITION: ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation ☐ Pretrial probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/ restitution ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☑ Request of Deft ☐ Failure to prosecute ☐ Other: ☑ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

FINAL DISPOSITION: ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged — JUDGE — DATE

COUNT-OFFENSE: b.POSS.CLASS B SUB. W/INT. TO DISTRIB c94C s32A(a)

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | 50 ☐ WAIVED |

DISPOSITION DATE & JUDGE: 4-29-04 Garsiti — not being authorized by law, did knowingly or intentionally...

DISPOSITION METHOD: ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the above

FINDING: ☐ Not Guilty ☑ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause

SENTENCE OR OTHER DISPOSITION: ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation ☐ Pretrial probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/ restitution ☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other: ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

6 MOS H/C (90 days. TBS. Credit 38 days) bal SS 4/29/05 E4E Level III Step

FINAL DISPOSITION: ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged — JUDGE — DATE

COUNT-OFFENSE: c.ILLEGAL POSS. OF CLASS B SUBSTANCE c94C s34

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 4-29-04 Garsiti

DISPOSITION METHOD: ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the above

FINDING: ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause

SENTENCE OR OTHER DISPOSITION: ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation ☐ Pretrial probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/ restitution ☑ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other: ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

FINAL DISPOSITION: ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged — JUDGE — DATE

8935A000003/15/04DWAF 50.00

COUNT-OFFENSE: d.CONSPIRACY TO VIOLATE CONTR. SUB. LAWS c94c s40

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | ☐ WAIVED |

DISPOSITION DATE & JUDGE: 4-29-04 Garsiti

DISPOSITION METHOD: ☑ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning ☐ Bench Trial ☐ Jury Trial ☐ None of the above

FINDING: ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause

SENTENCE OR OTHER DISPOSITION: ☐ Sufficient facts found but continued without guilty finding until: ☐ Probation ☐ Pretrial probation (276 §87) - until: ☐ To be dismissed upon payment of court costs/ restitution ☑ Dismissed upon: ☐ Request of Comm. ☐ Request of victim ☐ Request of Deft ☐ Failure to prosecute ☐ Other: ☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

COPY ATTEST: [signature] CLERK

FINAL DISPOSITION: ☐ Dismissed on recommendation of Probation Dept. ☐ Probation terminated: defendant discharged — JUDGE — DATE

☐ ADDITIONAL COUNTS ATTACHED

COURT ADDRESS:
2 Appleton Street
Lawrence, Ma.01840-1525

A TRUE COPY ATTEST: X — CLERK-MAGISTRATE/ASST. CLERK — ON (DATE)

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | JUDGE | TAPE NO. | START |
|---|---|---|---|---|---|---|
| 1 | 11/7/03 | ARR | ☑ Held ☐ Cont'd | JAMASITIS, J. | | |
| 2 | 12/22/03 | PTH | ☐ Held ☑ Cont'd | (Ostrach) | | |
| 3 | 2/20/04 | PTH | Held Cont'd | | | |
| 4 | 4-7-04 | PTH | Held Cont'd | | | |
| 5 | 4/29/04 | PTH | Held Cont'd | Jarasitis | 4-137 | 2386 |
| 6 | 10-29-04 | SF(C) | Held Cont'd | | 4-137 | 3070 |
| 7 | | | Held Cont'd | | | |
| 8 | | | Held Cont'd | | | |
| 9 | | | Held Cont'd | | | |
| 10 | | | Held Cont'd | | | |

ARR=Arraignment PT= Pretrial hearing CE = Discovery compliance & jury election T= Bench trial J = Jury trial PC = Probable cause hearing M = Motion hearing SR = Status review SRP = Status review of payments FA = First appearance in jury session S = Sentencing CW = Continuance-without-finding scheduled to terminate P = Probation scheduled to terminate DFTA = Defendant failed to appear & was defaulted WAR = Warrant issued WARD = Default warrant issued WR = Warrant or default warrant recalled PR = Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 2-20-04 | DFTA Ward, no bail. Stella |
| 2/23/04 | WR'd (JAMASITIS, J.) |
| 3/23/04 | After hrg ct finds Δ violated the terms of release at orders Δ detained w/o bail for a period not to exceed 60 days (5/21/04) - Stella |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | √ WAIVED |
|---|---|---|---|---|
| 11/7/03 JAMASITIS, J. | Legal Counsel Fee (211D §2A ¶2) | $150 | remitted 12-22-03 Ostrach | |
| | Legal Counsel Contribution (211D §2) | | | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | 150.00 | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| CLERK | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| 12204 Jenestis | Probation Supervision Fee (276 §87A) | 65.00 | a.m. | |
| 2-20-04 Stella | Default Warrant Assessment Fee (276 §30 ¶2) | $50 | pd | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

...NAL COMPLAINT

[redacted]18 CR 7232

Tri[redacted]rt of Massachusetts
District Court Department

...ON
...ENCE

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Elvis G. Santiago
105 Boston St. apt.3
Methuen, MA 01844

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| | |
|---|---|
| DEFT. DOB AND SEX: 8/14/76 male | OFFENSE CODE(S): 116,802,822,882 |
| DATE OF OFFENSE(S): 11/6/03 | PLACE OF OFFENSE(S): Methuen |
| COMPLAINANT: Sgt. Frank Korn for Off. James Guhter | POLICE DEPARTMENT *(if applicable)*: Methuen |
| DATE OF COMPLAINT: 11/7/03 | RETURN DATE AND TIME: 11/7/03 |

COUNT-OFFENSE

a.OP. AFTER LIC. OR RT. TO OP. SUSP. c90 s23

did operate a motor vehicle after his or her license, or right to operate a motor vehicle without a license, had been suspended and after notice of such suspension had been issued by the registrar and received by said person or by his or her agent or employer, and prior to the restoration of such license or right to operate or to the issuance to him or her of a new license to operate, in violation of G.L. c.90, s.23.

COUNT-OFFENSE

b.POSS.CLASS B SUB. W/INT. TO DISTRIB c94C s32A(a)

not being authorized by law, did knowingly or intentionally possess with intent to manufact distribute or dispense a controlled substance in Class "B" of G.L. c.94C, s.31, to wit: XXX Cocaine, in violation of G.L. c.94C, s.32A(a).

COUNT-OFFENSE

c.ILLEGAL POSS. OF CLASS B SUBSTANCE c94C s34

not being authorized by law, did knowingly or intentionally possess a controlled substance in Class "B" of G.L. c.94C, s.31, to wit: Cocaine, in violation of G.L. c.94C, s.34.

COPY ATTEST
CLERK

COUNT-OFFENSE

d.CONSPIRACY TO VIOLATE CONTR. SUB. LAWS c94c s40

did conspire with Michael Therrien to violate the provisions of G.L. c.94c, to wit: sell, distr., disp., buy, purchase, possess controlled substance class (B) Cocaine, in violation of G.L. c.94C s.40.

4/7 ...

| | | | |
|---|---|---|---|
| COMPLAINANT: X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK: X | ON (DATE): 11/7/03 | ☐ ADDITIONAL COUNTS ATTACHED |
| FIRST JUSTICE: Michael T. Stella Jr. | COURT ADDRESS: 2 Appleton Street Lawrence, Ma.01840-1525 | | |
| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |

DC-CR 1 (12/95)

## FINDING — JUDGE-DETERMINATION — INDIGENCY

After considering the report and recommendation of the probation officer or other appropriate court employee, and after interrogating the defendant named in the complaint on the reverse side, if appropriate, based upon the standards in Supreme Judicial Court Rule 3:10, **I FIND THAT THE DEFENDANT IS:**

☐ **INDIGENT** because the defendant:

- ☐ receives Aid to Families with Dependent Children (AFDC)
- ☐ receives Emergency Aid to Elderly, Disabled and Children (EAEDC).
- ☐ receives poverty-related veterans' benefits.
- ☐ receives food stamps.
- ☐ receives refugee resettlement benefits.
- ☐ receives Medicaid.
- ☐ receives Supplemental Security Income (SSI).
- ☐ is a patient in a mental health facility or treatment center (or is the subject of a proceeding for admission to such a facility) and lacks available funds.
- ☐ is serving a sentence in a correctional institution and has no available funds.
- ☐ is held in custody in a jail and has no available funds.
- ☐ has an annual income, after taxes, 125% or less of the current poverty threshold referred to in G.L. c. 261, § 27A(b).
- ☐ is determined to be indigent pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☒ **INDIGENT BUT ABLE TO CONTRIBUTE,** and is therefore ordered to pay $ 150 toward the cost of counsel because the defendant:

- ☐ has an annual income, after taxes, of more than 125% and less than 250% of the current poverty threshold referred to in G.L.c. 261, § 27A(b).
- ☐ is charged with a felony within the jurisdiction of the Superior Court and has available funds sufficient to pay a portion of the anticipated cost of counsel.
- ☐ is determined to be indigent but able to contribute pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **NOT INDIGENT** and is able to pay the anticipated cost of counsel [Judge's findings on the record are appended if this finding is pursuant to S.J.C. Rule 3:10, Section 4(b)].

NOV - 7 2003
Date

[signature]
District Court Justice

## CERTIFICATE OF JUDGE — WAIVER OF COUNSEL

I hereby certify that the defendant named in the complaint on the reverse side has been informed of his/her right to counsel in accordance with Supreme Judicial Court Rule 3:10 and G.L. c. 211D, §5; that he/she has knowingly elected to proceed without a lawyer; and that he/she has:

- ☐ Executed a waiver of counsel in my presence.
- ☐ Refused to sign a waiver.

Date

District Court Justice

CLERK