**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR.NO: 06- 111 S |
| | : | |
| MANUEL RAMON VARGAS | : | |

**MOTION FOR CONTINUANCE BY CONSENT**

______Now comes the Defendant, MANUEL RAMON VARGAS, by and through his attorney, to respectfully request that the July 27th sentencing be continued to a date after **August 17th, 2007.** As grounds for this request counsel states that his court excusal request is pending and he already has travel and vacation plans for the July 27th date, and counsel s appearance on said date will create a substantial burden and hardship on him. Further, defendant and counsel for the government consent to this request.

DEFENDANT,
MANUEL RAMON VARGAS
By his attorney,

MARK B. LAROCHE, ESQ. #4681
10 Dorrance Street #515
Providence, RI 02903
(401) 751-1919

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the foregoing Motion for Discovery and Inspection was served on the June 26th , 2007 to Zachary Chafee Assistant U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.