**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR.NO: 06- 111 S |
| | : | |
| MANUEL RAMON VARGAS | : | |

## DEFENDANT'S NOTICE OF SENTENCING ALTERNATIVE

______Now comes the Defendant, MANUEL RAMON VARGAS, by and through his attorney, to respectfully notify this Honorable Court that if this Court determines that he is an 'aggravated felon' then USSG 2L1.2 provides the following alternative Specific Offense Characteristics in his case:

(C) a conviction for an aggravated felony, increase by 8 levels;

Such an application would result in item #20 Specific Offense Characteristics ... 8 level, rather than the proposed 12 levels. Thus the Total Offense Level could alternatively be 13 with a Criminal History of III = 18-24 month range.

DEFENDANT,
MANUEL RAMON VARGAS
By his attorney,
/s/MARK B. LAROCHE, Esq. #4681

MARK B. LAROCHE, ESQ. #4681
10 Dorrance Street #515
Providence, RI 02903
(401) 751-1919

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the foregoing Notice was served on the September ___, 2007 to Zachary Chafee Assistant U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903 and Dennis Jenkins, U.S. Probation, One Exchange St. Providence, RI 02840. ______________