IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR No.06-111S
)
MANUEL RAMON VARGAS )

**GOVERNMENT'S OBJECTION TO DEFENDANT'S**
**NOTICE OF SENTENCING ALTERNATIVE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and objects to defendant's Notice of Sentencing Alternative for those reasons stated in the accompanying memorandum.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar No. 3364
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001
zechariah.chafee@usdoj.gov

**CERTIFICATION OF SERVICE**

On this 12th day of September, 2007, I caused the within Government's Objection To Defendant's Notice of Sentencing Alternative, with accompanying Memorandum in Support, to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mark B. Laroche
10 Dorrance Street
Suite 515
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar No. 3364
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.06-111S |
| | ) | |
| MANUEL RAMON VARGAS | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANT'S NOTICE OF SENTENCING ALTERNATIVE**

USSG 52l1.2(b)(1) states:

"Apply the greatest:"

and then in (B) directs that if the defendant was previously deported after a conviction for a felony drug trafficking offense for which the sentence imposed was 13 months or less, increase by 12 levels.

This fits the situation here, as the Presentence Report sets forth in Paragraph 20. Defendant was deported after two convictions for Possession of a Class B controlled Substance with Intent to Distribute. He received a sentence of 90 days on one and 60 days on the other. Thus under the guidelines as properly calculated the range is 30 to 37 months incarceration.

The government recommends a sentence of 33 months. This is about the mid-point of its range. There are no factors in the case that would take defendant to either the low end or the high end.

Respectfully submitted

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar No. 3364
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001
zechariah.chafee@usdoj.gov

**CERTIFICATION OF SERVICE**

On this 12th day of September, 2007, I caused the within Government's Objection To Defendant's Notice of Sentencing Alternative, with accompanying Memorandum in Support, to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mark B. Laroche
10 Dorrance Street
Suite 515
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
RI Bar No. 3364
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001
zechariah.chafee@usdoj.gov