AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Manuel Ramon Vargas

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-111S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Zechariah Chafee | Mark B. Laroche |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| September 28, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | A | 9/28/07 | | Full | Certificate of Completion from Taton Learning Institute |
| | B | 9/28/07 | | Full | Letter from Fellowship Health Resource, Inc. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.