**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR.NO: 06- 111 S** |
| | : | |
| **Manuel Ramon Vargas** | | |

## NOTICE OF APPEAL

NOW COMES the Defendant, **Manuel Ramon Vargas** , and respectfully gives notice of his claim of appeal of Judge Smith's September 28th, 2007 sentencing in the above-captioned matter to the United States Court of Appeals for the First Circuit.

DEFENDANT,
**Manuel Ramon Vargas**

Manuel Vargas
WYATT DETENTION FACILITY
950 High St.
Central Falls, RI 02863

**CERTIFICATION**

I, the undersigned, hereby certify that a true copy of the foregoing Noticewas mailed regular first class mail on September 25, 2007 to Attorney Zachary Chaffee, Assistant U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.

: