**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR.NO: 06-111S** |
| **vs.** | ) | |
| | ) | |
| **MANUEL VARGAS** | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR A REDUCTION OF SENTENCE IN LIGHT OF DEFENDANT'S DEPORTATION STATUS**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to defendant's Motion For A Reduction of Sentence for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

## CERTIFICATE OF SERVICE

On this 24th day of March, 2008, I caused the within Government's Objection to Defendant's Motion For A Reduction of Sentence to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via regular mail, postage prepaid:

Manuel Vargas
Reg# 05798-070
Reeves County Detention Center
RI Unit G-3
P.O. Box 1560
Pecos, Texas 79772

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR.NO: 06-111S** |
| **vs.** | ) | |
| **MANUEL VARGAS** | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION FOR A REDUCTION OF SENTENCE**

Defendant is not entitled to a reduction in his sentence simply because he is deportable and will not be permitted to spend the last months of his sentence of incarceration in a half-way house. The Bureau of Prison decides what risks are involved in permitting a prisoner to reside at a half-way house.

This situation does not permit a court to make a downward departure at sentencing and certainly does not permit that after sentencing. U.S. v. Meza-Urtado, 351 F.3d 301, 305 (7th Cir. 2003), U.S. v. Reynoso, 336 F.3d 46 (1st Cir. 2003), U.S. v. Macedo, 406 F.3d 778 (7th Cir. 2005).

Defendant is not entitled to a reduction of his term of imprisonment.

Respectfully Submitted,
UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2008, I caused the within Government's Memorandum in Support of It's Objection to Defendant's Motion For A Reduction in Sentence to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice via regular mail, postage prepaid:

Manuel Vargas
Reg# 05798-070
Reeves County Detention Center
RI Unit G-3
P.O. Box 1560
Pecos, Texas 79772

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
RI Bar No. 3364
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
zechariah.chafee@usdoj.gov