DC/RI
DiMARZIO
Smith, Judge
DC#: 06-00111

# United States Court of Appeals
## For the First Circuit

---

No. 07-2536

UNITED STATES OF AMERICA,

Appellee,

v.

MANUEL RAMON VARGAS,

Defendant, Appellant.

---

**JUDGMENT**

Entered: May 13, 2008

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Lockhart, Mr. Laroche, & Mr. Chafee.